UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 20-21527-CIV-MORENO**

DERRICK BODIE,

      Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE GOODMAN'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on cross motions on Summary Judgment Motions, filed on **January 6 and February 5, 2021**. The Magistrate Judge filed a Report and Recommendation **(D.E. 27)** on **April 7, 2021**. The Court has reviewed the entire file and record. There were no objections to the Magistrate Judge's Report and Recommendation, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Report and Recommendation on Summary Judgment Motions is Bodie's summary judgment motion is **DENIED** and the Commissioner's summary judgment motion is **GRANTED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 5th of May 2021.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Magistrate Judge Jonathan Goodman
Counsel of Record